UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FELIX CUEVAS,

Defendant.

S1 25cr484-9(DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea is scheduled for July 28, 2026 at 2:00 PM in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 20, 2026

DENISE COTE
United States District Judge