UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>FELIX CUEVAS,<br><br>Defendant. | : | S1 25cr484-9(DLC)<br><br>ORDER |

DENISE COTE, District Judge:

The defendant having plead guilty on July 28, 2026, it is hereby

ORDERED that the defendant's motion of July 20 to withdraw his motion to suppress is granted.

Dated: New York, New York
July 28, 2026

DENISE COTE
United States District Judge